## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LINO ARAUJO**                                                          **PLAINTIFF**

**VS.**                                                        **CAUSE #A2401-19-7**

**LA JOYA TRUCKING AND**
**LUCIO AGUILERA MEDINA**                                            **DEFENDANTS**

---

### CLERK'S CERTIFICATE

---

On behalf of Connie Ladner, Clerk of the Circuit Court of Harrison County, Mississippi, the undersigned hereby certifies that attached hereto are true and correct copies of all process, pleadings and orders on file and of record in Cause #A2401-19-7 of the Circuit Court of Harrison, Mississippi, said Cause being styled *Lino Araujo v. La Joya Trucking and Lucio Aguilera Medina*.

THIS, the _21_ day of _Feb._, 2019.

CONNIE LADNER, CIRCUIT CLERK

By; _Dona_

DEPUTY CLERK

(SEAL)



02/21/2019 THU 12:59  FAX 2288654009 Circuit Court                    ☒006/025

2/21/2019          '            Second Circuit Court District-Docket Report

## Mississippi Electronic Courts
## Second Circuit Court District of Mississippi (Harrison Circuit Court - Gulfport)
## CIVIL DOCKET FOR CASE #: 24CI1:19-cv-00007
### Internal Use Only
### Edit Case Data
### Edit Case Participants

Araujo v. La Joya Trucking et al
Assigned to: Judge Lawrence P. Bourgeois, Jr

Date Filed: 01/10/2019
Current Days Pending: 42
Total Case Age: 42
Jury Demand: Plaintiff
Nature of Suit: 182 Negligence - Motor Vehicle

**Plaintiff**

**Lino Araujo**
1649 St. Patrick Street
Raceland, LA 70394

represented by **David Pitre**
Silbert, Garon, Pitre & Friedman
1303 Spring Street
GULFPORT, MS 39507
228-822-2404
Fax: 228-822-9942
Email: david@sgpflaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**La Joya Trucking**
1661 Tulane
Brownsville, TX 78520

**Defendant**

**Lucio Aguilera Medina**
4106 Washmon Street
Harlingen, TX 78552

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2019 | ◒ ✐ 🖉 🎞 🏛 1 ▨ | COMPLAINT against La Joya Trucking, Lucio Aguilera Medina, filed by Lino Araujo. (Attachments: # 1 Civil Cover Sheet,) (Miller, Paige) (Entered: 01/10/2019) |
| 01/10/2019 | ◒ ✐ 🖉 🏛 2 ▨ | SUMMONS Issued to La Joya Trucking. RETURNED TO ATTORNEY FOR SERVICE(Miller, Paige) (Entered: 01/10/2019) |
| 01/10/2019 | ◒ ✐ 🖉 🏛 3 ▨ | SUMMONS Issued to Lucio Aguilera Medina. RETURNED TO ATTORNEY FOR SERVICE(Miller, Paige) (Entered: 01/10/2019) |
| 01/10/2019 | ◒ ✐ 🖉 🏛 4 ▨ | (Court only) Civil Case Filing Fee: $166.00, Method of Payment: Check, Check No. 1216, Paid By: David Pitre, Receipt No. 91396, |

2/21/2019                          Second Circuit Court District-Docket Report

| | | Remarks: n/a. (Miller, Paige) (Entered: 01/10/2019) |
|---|---|---|
| 01/23/2019 | ◐✎🖉🗑 5 ⬛ | CLERK'S CERTIFICATE (Miller, Paige) (Entered: 01/23/2019) |
| 02/14/2019 | ◐✎🖉🗑 6 ⬛ | SUMMONS Returned Executed by Lino Araujo. *Re:* ** 2 SUMMONS Issued to La Joya Trucking. RETURNED TO ATTORNEY FOR SERVICE(Miller, Paige)** La Joya Trucking served on 2/12/2019, answer due 3/14/2019. Service type: Personal (Pitre, David) (Entered: 02/14/2019) |
| 02/14/2019 | ◐✎🖉🗑 7 ⬛ | SUMMONS Returned Executed by Lino Araujo. *Re:* ** 3 SUMMONS Issued to Lucio Aguilera Medina. RETURNED TO ATTORNEY FOR SERVICE(Miller, Paige)** Lucio Aguilera Medina served on 2/12/2019, answer due 3/14/2019. Service type: Substituted, copy left with Megan Wright (Pitre, David) (Entered: 02/14/2019) |
| 02/14/2019 | ◐✎🖉🗑 8 ⬛ | NOTICE OF SERVICE of Interrogatories Propounded to La Joya Trucking and Lucio Aguilera Medina, NOTICE OF SERVICE of Request for Production of Documents Propounded to La Joya Trucking and Lucio Aguilera Medina by Lino Araujo. (Pitre, David) (Entered: 02/14/2019) |

### Select Event

Account Transaction - Circuit
ADR Documents

Go to Event

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

LINO ARAUJO                                                                **PLAINTIFF**

VERSUS                                                    CAUSE # A2401-19-7

LA JOYA TRUCKING,
LUCIO AGUILERA MEDINA                                                    **DEFENDANTS**

FILED
JAN 10 2019
CONNIE LADNER
CIRCUIT CLERK
BY _____ D.C.

**COMPLAINT**

NOW COMES plaintiff, Lino Araujo, a person of the full age of majority, and a resident of Raceland, Louisiana, and represents as follows:

1.

Named defendants herein are:

a.    La Joya Trucking, LLC, a corporation formed in the State of Texas, with its principal office located at 8834 US Hwy 281, Brownsville, Texas; and

b.    Lucio Aguilera Medina, a person of the full age of majority and a resident of Harlingen, Texas.

2.

On or about July 30, 2016, plaintiff, Lino Araujo, was Eastbound on I-10 within the city limits of Gulfport, Mississippi when suddenly and without warning he hit an 18-wheeler tire which had been thrown from the vehicle driven by defendant, Lucio Aguilera Medina, and was spinning in the air when it came into contact with the plaintiff's vehicle.

### 3.

The aforesaid collision occurred through no fault of the plaintiff; rather, the collision was caused solely by the fault and negligence of the defendant, Lucio Aguilera Medina, based on the following acts and omissions:

a.   Failure to see what should have been seen;

b.   Failure to yield;

c.   Operating one's vehicle at an excessive rate of speed;

d.   Inattention;

e.   Failure to keep a proper lookout for other traffic;

f.   Failure to maintain the proper degree of control of the vehicle;

g.   Violation of applicable local, state and federal highway laws and regulations regarding the operation of motor vehicles; and

h.   Any and all other acts of negligence, recklessness and fault as will be shown at the trial of this matter.

### 4.

At all material times herein, and at the time of the collision which is the subject of this lawsuit, Lucio Aguilera Medina was acting within the course and scope of his employment with La Joya Trucking, LLC. Further and/or in the alternative, at the time of the aforesaid collision, Lucio Aguilera Medina was operating on an errand for, and acting as an agent of La Joya Trucking, LLC. As a result of this employment relationship and master/servant relationship La Joya Trucking, LLC is vicariously liable for the negligent acts and omissions committed by its employee, Lucio Aguilera Medina, as further described herein. Further, La Joya Trucking, LLC is independently liable for its negligent hiring, training and supervision of its driver.

5.

As a result of the aforesaid collision, plaintiff suffered injuries and losses for which plaintiff seeks all reasonable past and future damages from the defendant, including, but not limited to physical pain and suffering, past and future medical expenses, past and future disability, mental anguish and emotional distress, loss of the enjoyment of life, loss of wages and/or earning capacity, loss of use, property damage and related expenses, punitive damages to the extent allowed by law, and all other damages as may be assessed following a trial of this matter.

6.

Plaintiff is entitled to a trial by jury and respectfully requests a trial by jury on all issues raised herein.

WHEREFORE, plaintiff, Lino Araujo, prays that defendants, La Joya Trucking, LLC and Lucio Aguilera Medina, be served with a copy of this Complaint and after being duly summoned to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be trial by jury, individual judgment rendered herein in favor of plaintiff, and against the defendants, as alleged, together with legal interest and for all costs of these proceedings including expert witness fees to be taxed as costs of court, and for all legal and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED, this 9th day of January, 2019.

SILBERT, PITRE & FRIEDMAN

DAVID PITRE (MS Bar #99388)
1303 Spring Street
Gulfport, Mississippi 39507
Telephone: (228) 822-2404
Fax: (228) 822-9942
Email: david@spflawyers.com
Attorney for Plaintiff

## COVER SHEET
### Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification | Case Year | Docket Number |
|---|---|---|
| 2 4 | 2 0 1 9 | 0 2 0 0 9 |
| County #  Judicial  Court I.D. | | Local Docket ID |
| District  (CH, Ci, CO) | | |
| 0 1 1 0 1 9 | | |
| Month  Date  Year | | |

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts          (Rev 2016)

*This area to be completed by clerk*          *Case Number if filed prior to 1/1/94*

In the **CIRCUIT** Court of **HARRISON** County — **FIRST** Judicial District

**Origin of Suit** (Place an "X" in one box only)

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual **Araujo** ____ **Lino** ____
Last Name          First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

- ___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of ____
- ___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
  D/B/A or Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
- ___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
  D/B/A ____

Address of Plaintiff **1649 St. Patrick Street, Raceland, LA 70394**

Attorney (Name & Address) **David Pitre, Esq., 1303 Spring Street, Gulfport, MS 39507**          MS Bar No. **99388**
- ___ Check ( x ) if Individual Filing Initial Pleading is NOT attorney
Signature of Individual Filing: ____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual ____
Last Name          First Name          Maiden Name, if applicable          M.I.          Jr/Sr/III/IV

- ___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
  Estate of ____
- ___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
  D/B/A or Agency ____

Business **La Joya Trucking, LLC, a Texas corporation, c/o its Registered Agent, Nicarando Garcia, 1661 Tulane, Brownsville, TX 78520**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
- ___ Check ( x ) if Business Defendant is filing suit in the name of an entity other than the above, and enter below:
  D/B/A ____

Attorney (Name & Address) - If Known ____          MS Bar No. ____

- ___ Check ( x ) if child support is contemplated as an issue in this suit.*
  *If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest

**Alcohol/Drug Commitment** (Minors)
- [ ] Other

**Children/Minors-Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contracts**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [X] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death

Case: 24CI1:19-cv-000091   Document #: 1   Filed: 01/10/2019   Page 1 of 2

02/21/2019 THU 13:01  FAX 2288654009  Circuit Court                                                    ☑013/025

IN THE <u>CIRCUIT</u> COURT OF <u>HARRISON</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____   Docket No. If Filed
                   File Yr    Chronological No.    Clerk's Local ID    Prior to 1/1/94_____

## DEFENDANTS IN REFERENCED CAUSE - Page 1 of 1 Defendants Pages
## IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

Individual: <u>Medina</u>                <u>Lucio</u>              ( _____ ) A_____  _____
                  Last Name            First Name        Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A <u>4106 Washmon Street, Harlingen, TX 78552</u>

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____            _____        ( _____ ) _____  _____
                  Last Name            First Name        Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____            _____        ( _____ ) _____  _____
                  Last Name            First Name        Maiden Name, if Applicable   Middle Init.  Jr/Sr/II/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

02/21/2019 THU 13:01  FAX 2288654009 Circuit Court                                    ☒014/025

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LINO ARAUJO**                                                                      **PLAINTIFF**

**VERSUS**                                          CAUSE # A2401·19-7

**LA JOYA TRUCKING,**
**LUCIO AGUILERA MEDINA**                                                            **DEFENDANTS**

---

### S U M M O N S

---

THE STATE OF MISSISSIPPI
COUNTY OF HARRISON

TO:   Lucio Aguilera Medina
      4106 Washmon Street
      Harlingen, TX 78552
      (or wherever he may be found)

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF
DOCUMENTS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to these pleadings

to David Pitre, the attorney for the Plaintiff(s), whose street address is 1303 Spring Street,

Gulfport, Mississippi 39507. Your response must be mailed or delivered within (30) days from

the date of delivery of this summons and complaint or a judgment by default will be entered

against you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of Court within a

reasonable time afterward.

        Issued under my hand and the seal of said Court, this ___ day of January, 2019.

                                              _Connie Ladner_
                                              Clerk of Harrison County, Mississippi


            CONNIE LADNER, CIRCUIT CLERK
                HARRISON COUNTY
(Seal)              PO BOX 998
        Case: 24CI1:19-cv-00090   GULFPORT, MS 39502   ment #: 3   Filed: 01/10/2019   Page 9 of 21

02/21/2019 THU 13:02 FAX 2288654009 Circuit Court                    ⬚015/025

## PROOF OF SERVICE - SUMMONS
### (Process Server)

_____

Name of Person or Entity Served

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

   _____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment, and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

   _____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 2019, where I found said person(s) in _____ County of the State of _____.

   _____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, State of _____. I served the summons and complaint on the _____ day of _____, 2019, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2019, a copy of the summons and complaint was mailed by first class mail, postage prepaid by (process server or legal secretary) to the person served at his or her usual place of abode where the copies were left.

   _____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attached signed return receipt or the return envelope marked "Refused").

     At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $_____

Process Server must list below: [Please print or type]
Name_____
Address_____
_____
Telephone No._____

State of _____
County of _____

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me this _____ day of _____, 2019.

_____
Notary Public

(Seal) Case: 24CI1:19-cv-00007    Document #:  My Commission Expires 19    Page 2 of 2

02/21/2019 THU 13:02  FAX 2288654009 Circuit Court                      ⦿016/025

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**LINO ARAUJO**                                                    **PLAINTIFF**

**VERSUS**                                          CAUSE # A 2401·19·7

**LA JOYA TRUCKING,**
**LUCIO AGUILERA MEDINA**                               **DEFENDANTS**

---

## S U M M O N S

---

THE STATE OF MISSISSIPPI
COUNTY OF HARRISON

**TO:**  La Joya Trucking, LLC
c/o its Registered Agent, Nicandro Garcia
1661 Tulane
Brownsville, TX 78520
(or wherever he may be found)

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF
DOCUMENTS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to these pleadings

to David Pitre, the attorney for the Plaintiff(s), whose street address is 1303 Spring Street,

Gulfport, Mississippi 39507. Your response must be mailed or delivered within (30) days from

the date of delivery of this summons and complaint or a judgment by default will be entered

against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of Court within a

reasonable time afterward.

Issued under my hand and the seal of said Court, this 10th day of January, 2019.

_Connie Ladner_
Clerk of Harrison County, Mississippi

(Seal)

CONNIE LADNER, CIRCUIT CLERK
HARRISON COUNTY
PO BOX 998
GULFPORT, MS 39502

02/21/2019 THU 13:02  FAX 2288654009  Circuit Court                    ☒017/025

## PROOF OF SERVICE ~ SUMMONS
### (Process Server)

_____
Name of Person or Entity Served

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment, and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 2019, where I found said person(s) in _____ County of the State of _____.

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, State of _____, I served the summons and complaint on the _____ day of _____,2019, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2019, a copy of the summons and complaint was mailed by first class mail, postage prepaid by (process server or legal secretary) to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attached signed return receipt or the return envelope marked "Refused").

     At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $_____

Process Server must list below: [Please print or type]
Name_____
Address_____
_____
Telephone No._____

State of _____
County of _____

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

                       _____
                       PROCESS SERVER

Sworn to and subscribed before me this _____ day of _____, 2019.

                       _____
                       Notary Public

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

LINO ARAUJO                                          PLAINTIFF

VS.                                          CAUSE #A2401-19-7

LA JOYA TRUCKING AND
LUCIO AGUILERA MEDINA                           DEFENDANTS

CLERK'S CERTIFICATE

On behalf of Connie Ladner, Clerk of the Circuit Court of Harrison County, Mississippi, the undersigned hereby certifies that attached hereto are true and correct copies of all process, pleadings and orders on file and of record in Cause #A2401-19-7 of the Circuit Court of Harrison, Mississippi, said Cause being styled *Lino Araujo v. La Joya Trucking and Lucio Aguilera Medina.*

THIS, the __23__ day of January, 2019.

CONNIE LADNER, CIRCUIT CLERK

By: _____
DEPUTY CLERK

(SEAL)

02/21/2019 THU 13:03  FAX 2288654009 Circuit Court                              ☑019/025

## PROOF OF SERVICE – SUMMONS
(Process Server)

La Joya Trucking, LLC
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment, and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

___✓___ PERSONAL SERVICE. I personally delivered copies to La Joya Trucking, LLC on the 12 day of February , 2019, where I found said person(s) in Commerce County of the State of Texas .

_____ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, State of _____. I served the summons and complaint on the ____ day of _____ 2019, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2019, a copy of the summons and complaint was mailed by first class mail, postage prepaid by (process server or legal secretary) to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attached signed return receipt or the return envelope marked "Refused").

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $_____

Process Server must list below: [Please print or type]
Name Jeremy Gocate
Address 1111 W. Ruelana Ave,
        Mcallen, Tx. 78504
Telephone No. (951) 960-3842

State of Texas
County of Hidalgo

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Jeremy Gocate who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER

Sworn to and subscribed before me this 13th day of Feb , 2019.

_____
Sonia Maupin
Notary Public
My Commission Expires:_____

(Seal)

SONIA MAUPIN
Notary Public, State of Texas
Comm. Expires 11-28-2019
Notary ID 1040986

02/21/2019 THU 13:03  FAX 2288654009 Circuit Court                                    ☑020/025

# IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**LINO ARAUJO**                                                          **PLAINTIFF**

                                                   CAUSE # A2401-19-7

**VERSUS**

**LA JOYA TRUCKING,**
**LUCIO AGUILERA MEDINA**                                              **DEFENDANTS**

---

## SUMMONS

---

THE STATE OF MISSISSIPPI
COUNTY OF HARRISON

TO:   La Joya Trucking, LLC
      c/o its Registered Agent, Nicandro Garcia
      1661 Tulane
      Brownsville, TX 78520
      (or wherever he may be found)

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF
DOCUMENTS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to these pleadings

to David Pitre, the attorney for the Plaintiff(s), whose street address is 1303 Spring Street,

Gulfport, Mississippi 39507. Your response must be mailed or delivered within (30) days from

the date of delivery of this summons and complaint or a judgment by default will be entered

against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of Court within a

reasonable time afterward.

Issued under my hand and the seal of said Court, this 10th day of January, 2019.

_Connie Ladner_
Clerk of Harrison County, Mississippi

(Seal)     CONNIE LADNER, CIRCUIT CLERK
           PO BOX 998
           GULFPORT MS 39502

## IN THE CIRCCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRCICT

LINO ARAUJO                          §                      CAUSE # A2401-19-7
                                     §
                                     §
                                     §
                                     §
VS                                   §
                                     §
                                     §
                                     §
LA JOYA TRUCKING, LUCIO AGUILERAMEDINA §

                         §
                         §           AFFIDAVIT
                         §


        Before me, the undersigned authority, on this day personally appeared Jeremy Garate who after being duly sworn did upon oath state the following:

I am over the age of 18 years and I am fully competent to testify to matters stated in this affidavit.

I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

        On February 12, 2019, I served LA JOYA TRUCKING, LLC by serving it's REGISTERED AGENT: NICANDRO GARCIA a SUMMONS, NOTICE TO DEFENDANT, COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS at 1661 TULANE, BROWNSVILLE, TEXAS.

                                              _____
                                              Jeremy Garate

        Before me, a notary public, on this day personally appeared Jeremy Garate known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct.

Given under my hand and seal of office this __13th__ day of __Feb__. _____ 2019

                                              _Sonia Maupin_
                                              Notary Public

SONIA MAUPIN
Notary Public, State of Texas
Comm. Expires 11-28-2019
Notary ID 1048986

02/21/2019 THU 13:04  FAX 2288654009 Circuit Court                    ☒022/025

## PROOF OF SERVICE - SUMMONS
### (Process Server)

_Lucio Aguilera Medina_
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment, and return envelope, postage prepaid, addressed to the sender (Attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

___✓___ PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 2019, where I found said person(s) in _____ County of the State of _____.

___✓___ RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _Cameron_ County, State of _Texas_. I served the summons and complaint on the _12_ day of _February_ 2019, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _Megan Wright_ who is the _daughter in law_, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _14th_ day of _February_, 2019, a copy of the summons and complaint was mailed by first class mail, postage prepaid by (process server or legal secretary) to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attached signed return receipt or the return envelope marked "Refused").

At the time of service, I was at least 18 years of age and not a party to this action.

Fee for Service $_____

Process Server must list below: [Please print or type]
Name _Jeremy Garcia_
Address _1111 W. nolana Ave._
_McAllen, Tx. 78504_
Telephone No. _(956) 960-3842_

State of _TEXAS_
County of _HIDALGO_

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Jeremy Garcia_ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_[signature]_
PROCESS SERVER

Sworn to and subscribed before me this _13th_ day of _Feb._, 2019.

_[signature] Sonia Maupin_
Notary Public
My Commission Expires:_____

(Seal)    SONIA MAUPIN
          Notary Public, State of Texas
          Comm. Expires 11-26-2019
          Notary ID 1048985

Case 24CH1:19-cv-00007  Document #: 7  Filed: 02/14/2019  Page 1 of 3

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

LINO ARAUJO                                              **PLAINTIFF**

                                              CAUSE # A240-19-7

**VERSUS**

LA JOYA TRUCKING,
LUCIO AGUILERA MEDINA                           **DEFENDANTS**

---

### S U M M O N S

---

THE STATE OF MISSISSIPPI
COUNTY OF HARRISON

TO:  Lucio Aguilera Medina
     4106 Washmon Street
     Harlingen, TX 78552
     (or wherever he may be found)

### NOTICE TO DEFENDANT

THE COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF
DOCUMENTS WHICH ARE ATTACHED TO THIS SUMMONS ARE IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to these pleadings

to David Pitre, the attorney for the Plaintiff(s), whose street address is 1303 Spring Street,

Gulfport, Mississippi 39507. Your response must be mailed or delivered within (30) days from

the date of delivery of this summons and complaint or a judgment by default will be entered

against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of Court within a

reasonable time afterward.

Issued under my hand and the seal of said Court, this 10th day of January, 2019.

Connie Ladner
Clerk of Harrison County, Mississippi

CONNIE LADNER, CIRCUIT CLERK
HARRISON COUNTY, MS
PO BOX 998
GULFPORT, MS 39502

(Seal)

## IN THE CIRCCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICAL DISTRCICT

| | | |
|---|---|---|
| LINO ARAUJO | §<br>§<br>§<br>§<br>§ | CAUSE # A2401-19-7 |
| VS | §<br>§<br>§<br>§ | |
| LA JOYA TRUCKING, LUCIO AGUILERA MEDINA | § | |
| | §<br>§<br>§ | **AFFIDAVIT** |

Before me, the undersigned authority, on this day personally appeared Jeremy Garate who after being duly sworn did upon oath state the following:

I am over the age of 18 years and I am fully competent to testify to matters stated in this affidavit.

I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

On February 12, 2019, I served LUCIO AGUILERA MEDINA by serving MEGAN WRIGHT who is above 16 years of age  a SUMMONS, NOTICE TO DEFENDANT, COMPLAINT, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS at 4106 WASHMON STREET, HARLINGEN, TEXAS.

_____
Jeremy Garate

Before me, a notary public, on this day personally appeared Jeremy Garate known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct.

Given under my hand and seal of office this 13ᵗʰ day of Feb. _____ 2019

_____
Sonia Maupin
**Notary Public**

> SONIA MAUPIN
> Notary Public, State of Texas
> Comm. Expires 11-26-2019
> Notary ID 1048985

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**LINO ARAUJO**                                                              **PLAINTIFF**

**VERSUS**                                                          **CAUSE # A2401-19-7**

**LA JOYA TRUCKING,**
**LUCIO AGUILERA MEDINA**                                                  **DEFENDANTS**

---

### PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY PLEADINGS

---

**NOTICE** is hereby given, pursuant to the Uniform Local Rule, that plaintiff, Lino

Araujo, on February 12, 2019 served on defendants, La Joya Trucking and Lucio Aguilera

Medina, with the Complaint in the above entitled action:

1.  Interrogatories Propounded to Defendant, La Joya Trucking;

2.  Request For Production of Documents Propounded to Defendant, La Joya
    Trucking;

3.  Interrogatories Propounded to Defendant, Lucio Aguilera Medina; and

4.  Request for Production of Documents Propounded to Defendant, Lucio Aguilera
    Medina.

The undersigned retains the originals of the above papers as custodian thereof pursuant to

Uniform local Rule.

**RESPECTFULLY SUBMITTED** this 14th day of February, 2019.

                                        SILBERT, PITRE & FRIEDMAN


                                        *s/DAVID PITRE*
                                        DAVID PITRE (MS Bar #99388)
                                        1303 Spring Street
                                        Gulfport, Mississippi 39507
                                        Telephone: (228) 822-2404
                                        Fax: (228) 822-9942
                                        Email: david@spflawyers.com
                                        Attorney for Plaintiff